MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
MISAEL ESTEBAN MUNOZ,                :
                                     :
              Plaintiff,             :
                                     :
        - v. -                       :
                                     :   STIPULATION AND ORDER
                                     :
MICHAEL J. ASTRUE,                   :   07 Civ. 11573 (AKH)
Commissioner of                      :
Social Security,                     :
                                     :
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from March 17, 2008 to and including May 16, 2008.  This extension is requested



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/08

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       February 19, 2008

                                 MISAEL ESTABAN MUNOZ
                                 Plaintiff Pro Se
                                 1280 Commonwealth Avenue
                                 Apt. #5HP
                                 Bronx, New York 10472
                                 Telephone No. (347) 398-8802

                                 MICHAEL J. GARCIA
                                 United States Attorney for the
                                 Southern District of New York
                                 Attorney for Defendant

By: _____
     SUSAN D. BAIRD
     Assistant United States Attorney
     89 Chambers Street, 3rd Floor
     New York, New York   10007
     Telephone No.: (212) 637-2713
     Susan.Baird@usdoj.gov

SO ORDERED: 2/28/08

_____
UNITED STATES DISTRICT JUDGE