**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED
APR 2 4 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

April 25, 2008

BY FAX

So ordered
5/1/08
[signature] A.K. Hellerstein

Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re: Misael Esteban Munoz v. Astrue
            07 Civ. 11573 (AKH)

Dear Judge Hellerstein:

      Pursuant to the Court's February 27, 2008 order in the above-referenced Social Security case, any motion is due to be filed by April 25, 2008. We write respectfully to request that the date for filing any motion be adjourned for thirty days, until May 27, 2008. The reason for this request is that on April 18, 2008, the Government sent plaintiff a proposed stipulation to remand this case for further administrative proceedings. Adjourning the date for filing motions will give plaintiff, who is proceeding pro se, an opportunity to consider the Goverment's proposal. In addition, the Court has adjourned the date for the Government to answer the complaint to May 16, 2008.

      We have attempted to obtain plaintiff's consent to this proposed adjournment but when the number listed for plaintiff on the complaint was called ((347) 398-8802), a recording stated

that the number was not in service. No prior adjournment of the briefing schedule has been requested. We appreciate the Court's consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Susan D. Baird
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
fax (212) 637-2750

cc: BY FEDERAL EXPRESS
Misael Esteban Munoz