

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
MISAEL ESTEBAN MUNOZ,            :
                                 :
                   Plaintiff,    :
                                 :
         - v. -                  :   STIPULATION AND ORDER
                                 :         OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   07 Civ. 11573 (AKH)
Social Security,                 :
                                 :
                   Defendant.    :
- - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the

attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       April 17, 2008

                         MISAEL ESTEBAN MUNOZ
                         Plaintiff Pro Se
                         1280 Commonwealth Avenue
                         Apt. #5HP
                         Bronx, New York 10472
                         Telephone No. (347) 398-8802

                         MICHAEL J. GARCIA
                         United States Attorney for the
                         Southern District of New York
                         Attorney for Defendant

By: _____
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York  10007
    Telephone No. (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED: 5/6/08

_____
UNITED STATES DISTRICT JUDGE